JOHN J. TALTON, CHAPTER 13 TRUSTEE  Check #.: **1147297**
Payee: Clerk of the Court  Date: 02/07/2018

Case 12-10736    Doc 40    Filed 02/07/18    Entered 02/07/18 09:51:01    Desc Main
Document      Page 1 of 1

Please notify the Court & this office of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1210736 | 00003 | PATRICIA A. JENKINS | | 0.00 | 935.81 | 132.40 | 1,068.21 |

Original Check written to:
RENT A TIRE #86
490 S. 11TH ST.
BEAUMONT, TX, 77701

| | | | TOTALS | 0.00 | 935.81 | 132.40 | 1,068.21 |